*Joseph F. Harvey,* with him *MacElree, Platt & Harvey,* for appellant.

*Fred J. Cadmus, III,* with him *Cadmus & Good,* for appellee.

OPINION PER CURIAM, May 13, 1971:
Judgment affirmed.

## Commonwealth *v.* Whiting, Appellant.

Argued January 11, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*R. Barclay Surrick,* Assistant Public Defender, with him *Charles J. Odgers, Jr.,* Public Defender, for appellant.

*Vram Nedurian, Jr.,* Assistant District Attorney, with him *Ralph B. D'Iorio,* Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, May 13, 1971:
Order affirmed.